Entered: August 4, 2015
Signed:  August 4, 2015

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   15–12104 – WIL     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mancia Delia Broadie
*debtor has no known aliases*
2411 23rd Street, S.E.
Washington, DC 20020

Social Security No.:   xxx–xx–4346

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 2/13/15.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Janet M. Nesse is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *bbalthrop*